**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KENNETH RAY HARRIS,

　　　　　Petitioner - Appellant,

　　v.

BEN CURRY, Warden,

　　　　　Respondent - Appellee.

No. 10-16017

D.C. No. 4:08-cv-01530-PJH

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

Submitted April 20, 2011[**]

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

　　California state prisoner Kenneth Ray Harris appeals from the district

court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

　　[*]　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Harris contends that the Board's 2006 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke*, 131 S. Ct. 859, 862-63 (2011); *Pearson v. Muntz*, No. 08-55728, 2011 WL 1238007, at *5 (9th Cir. Apr. 5, 2011). Because Harris raises no procedural challenges, we affirm.

**AFFIRMED.**